UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JULIO CESAR NAVAS, | |
| Plaintiff, | CASE NO.: 3:18-CV-00040-RCJ-WGC |
| v. | O R D E R |
| KEVEN VAN RY, *et al.*, | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 5) entered on February 26, 2018, in which the Magistrate Judge recommends the Court deny Plaintiff's IFP application (ECF No. 4) and dismiss this action with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 5).

IT IS HEREBY ORDERED that Plaintiff's IFP Application (ECF No. 4) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close the case.

IT IS SO ORDERED this 17th day of April, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE